## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 2, 2014

_____

N O T I C E

_____

No.   14-1488,       RFT Management Company LLC v. John Powell
                     8:10-cv-02503-MGL

TO: Counsel and Parties

The parties are advised that the motion for extension of time is considered moot as the time requested has been granted from a previous request and that the court does not intend to take action on the motion.

Joy Hargett Moore, Deputy Clerk
804-916-2702